UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZURU LLC and ZURU INC., <br><br> Petitioners, <br><br> v. <br><br> CBS Broadcasting, Inc. <br><br> Respondent. | Misc. Case No: 1:25-mc-00281 <br><br><br><br><br> June 26, 2025 |

**PETITIONERS ZURU LLC AND ZURU INC'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioners ZURU LLC and ZURU Inc. hereby state:

1. ZURU Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. ZURU LLC is a wholly-owned subsidiary of ZURU Ltd. ZURU Ltd. has no parent corporation, and no publicly held corporation owns 10% or more of the stock of ZURU Ltd.

Date: June 26, 2025                                              ZURU INC. and ZURU LLC

                                By:    /s/ Damian K. Gunningsmith
                                       John R. Horvack, Jr. (JH8991)
                                       Fatima Lahnin (FL0701)
                                       Damian K. Gunningsmith (DG0125)
                                       CARMODY TORRANCE SANDAK &
                                       HENNESSEY LLP
                                       195 Church Street, 18th Floor
                                       New Haven, CT  06509
                                       Tel: 203-777-5501
                                       Fax: 203-784-3199
                                       jhorvackjr@carmodylaw.com
                                       flahnin@carmodylaw.com
                                       dgunningsmith@carmodylaw.com

{N6076793}

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2025 the foregoing Petitioners Zuru LLC and Zuru Inc.'s Rule 7.1 Corporate Disclosure Statement was served by email and mail to the following counsel:

Joseph F. Richburg
SVP & Associate General Counsel, Litigation
Paramount Global
1515 Broadway
New York, New York 10036-8901
joseph.richburg@paramount.com

*Counsel to CBS Broadcasting, Inc.*

      /s/ Damian K. Gunningsmith
      Damian K. Gunningsmith