

**Damian K. Gunningsmith**
Partner
Direct: 203-784-3185
Fax: 203-784-3199
dgunningsmith@carmodylaw.com

195 Church Street
P.O. Box 1950
New Haven, CT 06510

August 20, 2025

Via ECF

Honorable Philip M. Halpern
Honorable Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re: Zuru LLC and Zuru Inc. v. CBS Broadcasting, Inc., 7:25-mc-00281-PMH
Status Update and/or Motion to Withdraw Motion to Compel

Dear Judge Halpern:

My firm represents the Petitioners Zuru LLC and Zuru Inc. in the above-referenced matter. I am writing pursuant to Your Honor's Order (ECF No. 7) to provide a status update regarding this matter. Respondent CBS Broadcasting, Inc. has provided the testimony and documents requested pursuant to the subpoena, and has agreed to produce its declarant for cross-examination in connection with the underlying trademark cancellation proceeding pending in the United States Patent and Trademark Office Trademark Trial and Appeal Board. Therefore, Petitioners' Motion to Compel (ECF No. 1) is now moot. To the extent required, this letter may serve as Petitioners' Motion to Withdraw the Motion to Compel, and Petitioners respectfully request that the Court close or dismiss this proceeding as moot.

I have communicated via email with Respondent's in-house counsel, Joseph Richburg, about this matter. I certify that I will serve via email a copy of this letter, and any order closing or dismissing this proceeding on Respondent's in-house counsel as set forth below:

Joseph Richburg
SVP & Associate General Counsel, Litigation
Paramount Global
Joseph.Richburg@paramount.com

Respectfully,

*/s/ Damian K. Gunningsmith*

Damian K. Gunningsmith