UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZURU LLC AND ZURU INC.,

                 Petitioners,

-against-

CBS BROADCASTING, INC.,

                 Respondent.

**ORDER**

25-MC-00281 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

On June 26, 2025, Zuru LLC and Zuru Inc. ("Petitioners") commenced the instant miscellaneous case, seeking to compel CBS Broadcasting, Inc. ("Respondent") to comply with a "duly issued Subpoena to Testify at an Oral Testimony Deposition and to Produce Documents." (Doc. 1). On August 20, 2025, Petitioners filed a letter providing a status update about this action. (Doc. 8). Petitioners represent that Respondent "has provided the testimony and documents requested pursuant to the subpoena," and thus, they are "[w]ithdraw[ing]" their motion to compel. (*Id.*).

Accordingly, Petitioners' motion to compel is DENIED as moot.

The Clerk of Court is respectfully requested to (i) terminate the pending motion sequence (Doc. 1); and (ii) close this miscellaneous case.

                                      **SO ORDERED.**

Dated: White Plains, New York
          August 20, 2025

                                          */s/ Philip M. Halpern*
                                          PHILIP M. HALPERN
                                          United States District Judge